Monday,
December 21.

O'DAILY *v.* THE STATE.

APPEAL from the *Tippecanoe* Court of Common Pleas.

*Per Curiam.*—This case is similar to that between the same parties, decided at the present term (1).

For the same reasons there given, a majority of the Court are of opinion that the same judgment should be given.

The judgment is reversed.

*E. H. Brackett* and *J. O'Brian*, for the appellant.

*J. L. Miller*, for the state.

(1) 9 Ind. R. 494.